NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASIA PACIFIC MICROSYSTEMS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

ON MOTION

---

ORDER

Asia Pacific Microsystems, Inc. ("APM") moves for a 5-day extension of time, until September 12, 2012, to file its

corrected opening brief. The United States International Trade Commission and the intervenors oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellee and the intervenors should calculate their brief due date from the date of filing of the appellant's corrected brief.

FOR THE COURT

SEP 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven D. Ling, Esq.
    Panyin A. Hughes, Esq.
    Ahmed J. Davis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK